UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Nathan Pillsbury

v.  Civil No. 11-cv-38-JL

USA

ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Exhibit D to Motion to Vacate, Set Aside, or Correct Sentence in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibit D to Motion to Vacate, Set Aside, or Correct Sentence. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibit to Motion to Vacate, Set Aside, or Correct Sentence, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED.**

February 3, 2011

/s/ Landya B. McCafferty
Landya B. McCafferty
United States Magistrate Judge

cc: Nathan Pillsbury