UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Nathan Pillsbury

    v.                      Civil No. 11-cv-38-JL

United States of America

**O R D E R**

The petitioner has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence ordered by the court following the petitioner's sentencing held on October 19, 2010, in United States v. Nathan Pillsbury, 09-cr-61/01-JL. The court has reviewed the motion.

The court orders the United States Attorney to file an answer within sixty (60) days of the date of this order, which answer shall provide a detailed response, with appropriate references to the record when necessary, to Grounds One, Three, Four and Five as asserted by the movant in his petition. The United States Attorney need not address Ground Two.

In the event that the United States Attorney contends that the motion is not timely filed under the limitations provided for in 28 U.S.C. § 2255 or that it is a second or successive motion, a motion to dismiss in lieu of a response shall be filed within thirty (30) days of the date of this order.

**SO ORDERED.**

/s/ Joe Laplante
Joseph N. Laplante
United States District Judge

Dated: February 8, 2011

cc: Nathan Pillsbury, pro se
Aixa Maldonado-Quinones, AUSA