UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Nathan Pillsbury

       v.                      Civil No. 11-cv-38-JL

United States of America

O R D E R

On January 27, 2011, plaintiff Nathan Pillsbury filed a Motion to Vacate Sentence under 28 USC § 2255.  The Government subsequently filed a Motion to Dismiss and the plaintiff has filed an initial objection.  As the Court will schedule an evidentiary hearing on the Motion to Dismiss, pursuant to Rule 8(c) of the Rules Governing Section 2255 Proceedings, the court herewith orders the Clerk's Office to appoint an attorney to represent Plaintiff Pillsbury.

    SO ORDERED.

June 29, 2011                                _____
                                                     Joseph N. Laplante
                                                     United States District Judge

cc:    Nathan Pillsbury, pro se
        Donald Feith, Esq.