UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Nathan Pillsbury

    v.                    Civil No. 11-cv-00038-JL

United States of America


**O R D E R**

The court declines to issue a certificate of appealability. The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).


**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge


Dated: September 30, 2011

cc:  Andrew Michael Kennedy, Esq.
     Donald A. Feith, AUSA