UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Nathan Pillsbury</u>

    v.                           Civil No. 11-cv-00038-JL

<u>United States of America</u>

### **O R D E R**

The court declines to issue a certificate of appealability. The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000).

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated: September 30, 2011

cc: Andrew Michael Kennedy, Esq.
    Donald A. Feith, AUSA